## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUNE BURNS,

      Plaintiff,

v.

GALLOWAY, HUGHES, and ILLINOIS
DEPARTMENT OF CORRECTIONS,

      Defendants.

Case No. 24-cv-528-NJR

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

Plaintiff Shaune Burns, a former inmate of the Illinois Department of Corrections, filed this case seeking damages for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.[1] Specifically, on January 4, 2024, Burns filed his Complaint in the United States District Court of the Northern District of Illinois (Doc. 1). On February 23, 2024, the case was transferred to this Court (Docs. 8-11). This Court then granted Burns's motion to proceed *in forma pauperis* ("IFP") and assessed him an initial partial filing fee of $23.91 (Doc. 18). The Court also noted that Burns was no longer incarcerated and thus owed the remainder of his filing fee unless he filed an updated motion to proceed IFP (*Id.*). Burns was given until May 3, 2024, to submit his initial filing fee and either pay the remainder of the filing fee or submit an updated motion to proceed IFP (*Id.*). He was warned that

---

[1] At the time he filed his Complaint, Burns was still incarcerated and housed at Shawnee Correctional Center.

the failure to pay the filing fee would result in the dismissal of his claims pursuant to Federal Rule of Civil Procedure 41(b).

To date, Burns has not filed for IFP or paid the filing fee. Accordingly, this entire action is **DISMISSED without prejudice** for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

**DATED:  May 17, 2024**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

2